Case number 22-5448 Glenn Whiting et al versus Chris Trew et al Arguments not to exceed 15 minutes per side. Mr. Irian, you may proceed for the appellants Good morning, your honors. My name is Van Irian. I represent the plaintiff appellants Glenn Whiting and ARD property management I'd like to reserve eight minutes for rebuttal If it pleases the court, my clients were denied sufficient discovery to prosecute a complex First Amendment retaliation case This court has said that proof of intent retaliatory intent Will rarely be by direct evidence In First Amendment retaliation cases First Amendment retaliation cases require broader discovery not narrower discovery in this case The district court made erroneous findings of fact in denying the plaintiffs additional Depositions that would have led to critical evidence We were denied the ability to depose the mayor at the time and the chief of police The district court made excuse me placed the burden of proof on the wrong party regarding motions for sanctions for withholding evidence and witness intimidation During the trial the court admitted 183 prejudicial photos that were completely irrelevant and it admitted Prejudicial reports of crimes that were not only completely irrelevant. They were unsubstantiated. They were hearsay to this day We don't even know if the reporters exist There was a jury trial There were two jury trials, but the one was a mistrial The first was a mistrial the key one is the second one, which was a verdict for the city. Correct, Your Honor so You don't you need or do you need to tie these various other claims that you're mentioning into whether or not It was appropriate to go forward with the jury trial that resulted in an adverse verdict Yes, Your Honor and the motions for sanctions for witness intimidation were that What happened was the city manager at the beginning of discovery Disciplined a 30-year director of Parks and Recreation who had no disciplinary actions prior to that Then he made it and he did it Specifically because my client because that director had talked to my client about this case There were three memos one two written by the city defendant city manager One by the director of Parks and Rec that we did not were never disclosed to us despite requests for any memos about my client that named my client and any memos about this case They were not not only never disclosed. We would not have even known about their existence or the fact that this man was disciplined But for a Tennessee a third party doing a public records request Under Tennessee law and getting these memos and giving them to us. We got them towards the end of discovery We followed our motions for sanctions the city manager and I believe this is undisputed made sure that other employees knew about the discipline of the Parks and Rec director at the beginning of discovery this tainted all discovery and the district court in responding to our Motions for sanctions in his in his order, which is record number 184 on page two He said plaintiff has not Presented sufficient evidence to justify sanctions against the defendant in these matters this court in Rays explicitly said that the burden of proof for Lack or absence of bad faith falls on the party for whom sanctions are sought This is clear error of law, which makes it an abuse of discretion and requires reversal We argue it requires at a minimum more discovery. We want to redepose. We want to start all over alternatively this court and others in these situations have recognized that if the Defendant has failed to be honest in discovery up front the appropriate remedy if that actually happened then the appropriate remedy is Default judgment, which we asked for in these motions and again the court Trying to figure out is the relationship between the actual jury verdict Against your client and These other things that happened. Are you asking to have a complete new trial then? Yes, your honor a new trial and and as I said more discovery With with these withheld documents. We never got to question these people Before trial about these documents. That was just the and that's just the one issue that this Prevented us from being able to present the case that we would have been able to present had we had discovery which leads to the Error of fact in his ruling denying us motions as I said before this type of case requires more Discovery not less and in this case we got 11 Depositions and we were denied our motion to Depose more witnesses. It was undisputed that the witnesses we wanted to depose were primarily city employees We had zero access to those people without depositions. You did have the requisite ten and and I presume that you made choices as to which people you wanted to depose in your in your automatic Ten yes, your honor. The choices were made in light of rule 30 a Which says that on request the court must allow more depositions absent the or as long as it's within 26 B and There were no factors in 26 B that would have prevented us from having further depositions I'm curious how it ties in with the Effort that you had to sue the City attorney and the city manager and those claims against them as I understand it were precluded because of qualified immunity ruling Qualified immunity your honor, and I got into that in the brief I we could discuss it here, but at the end of the day whether or not the those two individuals are in their Individual capacity granted qualified immunity of the city is still liable for the actions of its policy makers That condense it unlawfully and unconstitutionally Retaliated against my client Again we believe that qualified immunity should not have been granted, but even if it had been I mean if it is we still have a viable case against the city for Monel Liability for the constitutional violations And the last issue is the the court gave a jury instruction regarding probable cause Stating the exact opposite of what this court has said Regarding probable cause in retaliation cases The Neves court which is Sixth Circuit created an exception to Which applies only to criminal malicious prosecution and criminal wrongful arrest that is that if the Defendant can show probable cause for their action then the burden shifts back to the plaintiff to show that they normally don't enforce that Law, but they did here We tried to do that in this case because we understood the court was looking at Neves But we argued throughout that Neves is not applicable at all because it conflicts with the standard of this court in Right There's there's three cases Block v. Ryber Thaddeus X v. Blatter and most importantly Holtzmer v. Memphis, which is a 2010 Sixth Circuit case Says the issue in a First Amendment retaliation claim is the grounds actually relied upon not those that might have been relied upon by some other government agent in a similar situation and the plaintiff need only Show that the action was taken at least in part because of the exercise of the protected conduct whereas the district courts instruction to the jury was Even if the defendants actions were motivated in part by the retaliation for the plaintiff's protected speech or activity The plaintiff generally will not be able to satisfy his burden to prove causation If the city had probable cause to condemn you're using your rebuttal time your red light has been on It's fine for you to use your rebuttal time now if you understood your but I just wanted to make the the point that the Holtzmer decision and the courts instruction are opposite and cannot be conformed and the the way you understand that is that the Neves case and this probable cause instruction was Explicitly limited to those two types of cases for the reasons discussed in the case Should not have been an issue in this case at all and that compounded the evidentiary issues of 183 Irrelevant photographs and The Unsubstantiated reports of crimes these were things that happened around the property that had nothing to do with the structure and the code that was being Cited as the reason for condemning the structure specifically according to the city's own former building inspector Specifically did not address anything, but the structure's condition itself not the surroundings She also pointed out that the city had different ordinances for abandoned cars and debris and vegetation and that they those Ordinances had different remedies the structure can only be condemned based on the structure itself and yet we have 183 photos where the structure doesn't even appear Thank you. Thank you. And if the clerk would figure out how much time remains for his rebuttal when rebuttal time comes Yes Went three minutes three and a half minutes over. Okay. Thanks Good morning. Good morning. May it please the court. My name is Dan Pilkington of the Tennessee bar I represent the defendants at police in this case There are three the city of Athens, Tennessee the city attorney for Athens Chris true and the city manager who in this case was acting as a public official or a hearing officer on And first just let me say that I'm pleased to be here in front of this court The last time I was here was about 15 years ago Over that time. I've had numerous cases that have been submitted and decided on the briefs So I appreciate the opportunity to be back. First of all as the court pointed out. This is a case That went to a jury trial It was it went to a jury trial twice. The second one is the one we're concerned about It was a three or four day jury trial it took the jury approximately an hour and a half to return its decision plaintiff so a question that I had is the jury verdict was in favor of the city, but but the two individuals true and Sumner were Granted qualified immunity if that decision was wrong to grant them qualified immunity Should there be a new trial vis-a-vis those two individuals? No, and the reason for that is I think My friend alluded to at least is that when the jury determined that? The city did not engage in any act that violated the plaintiffs First Amendment rights It had to by implication Decide that no agent or the city Violated the rights of the plaintiff so there is no harm to the extent even if the court were to decide that qualified immunity was inappropriate and There are multiple reasons that it was not because the jury decided that no agent of the city Engaged in any act that violated the constitutional rights of the plaintiff Then there's no need to retry this case because the jury already reached that decision and as he pointed out those two individuals Essentially remained in their official capacities because an official capacity suit is simply a suit against the entity those two individuals Were at trial they were questioned at trial They were the the focus of the trial the case that was put on at trial was that the city Retaliated against the plaintiffs by the acts of those two individuals so the same evidence was presented There's no need to try this case again with respect to those two individuals well I Mean I guess the plaintiff would have an opportunity to seek an individual verdict against those two individuals, right? What we yes that they certainly would have been on the on the verdict form that's what so that's what I Mean but I understand your point I mean The city didn't find I mean the jury didn't find that any actions of those individuals Could be impute any inappropriate or unconstitutional actions could be imputed to the city yes your honor And I would envision if that were the case the verdict form would first have said Did the city first question for the jury did the city through any of its agents violate the constitutional rights of? The plaintiffs in this case if you answer that question yes, and move down the second question might be Did the was that violation through the acts of the city attorney mr.. Chris true next question was that? Violation through the acts of the city manager mr.. Seth Sumner, so I don't even know that the jury verdict form itself That you would need to reach those secondary questions or issues. You know even if the verdict form was okay Wouldn't we still have a problem if the jury was not properly instructed on the applicable law With regard to these two individuals in terms of what sort what is clearly established or? would constitute a violation of the plaintiffs First Amendment rights, so the verdict form may be Fine, but if the jury was not properly Instructed on the law seemingly we'd still have a problem wouldn't we? Your honor is your honor referring to the the allegations in the theory that there's a problem with the jury charge In the case that was tried I Guess I don't understand the question your honor well the the in in terms of the you said the jury verdict form I Referred to or disposed of the issue at before the jury with respect to the liability of the city, but The behavior of the city's agents To the extent is that's imputed to the city the jury still has to be properly instructed on what? what the elements of the Behavior would be that would would be constitute Clearly established law with respect to the plaintiffs First Amendment rights Would it not I? Can't as I stand here today I can't envision how the jury the the jury charge itself or the instruction would would materially change that could somehow affect the ultimate outcome of the jury that no agent of The city took any action that violated the plaintiff's constitutional rights the the action at issue Was primarily an order that was entered by the city manager acting as the public hearing officer That was essentially prosecuted by the city attorney, so we're not talking about some sort of extrinsic Activity apart from their duties and responsibilities with the city I don't think it was disputed that the actions that the plaintiffs alleged as to these individual defendants were taken as In within their role and within their capacity as city officials So your opponent began with the discovery issue Why were these two individuals that he sought to Take depositions of why were they not critical to the development of this case? Well first as the court pointed out that we always and in any litigation any civil litigation We always have to make choices about which individuals that we want to depose and plaintiffs made those choices and chose that these two individuals the mayor and The chief of police were not the most important individuals and chose not to seek to depose them They filed their motion for additional depositions. I believe in the record in this case is nearly 7,000 pages So I'm not going to claim. I know it verbatim But I believe that motion was made on the final day of discovery, but neither of those individuals had any knowledge that related to that was relevant to the Decisions taken and the actions taken the chief of police for example played no role and had nothing to do with codes Enforcement or the condiment condemnation act he did not participate in the hearing He basically plaintiffs allegation is that the chief of police was going to say the city manager is a bad guy because during the pendency of this litigation The chief of police at issue was Terminated so he had very poor things to say about the city manager and plaintiff wanted to elicit that testimony It's important to note the court Allowed the in in denying the deposition on the motion for sanction the court did not say you can't call these witnesses at trial So there's really no harm with respect to the the mayor I don't know what what information the mayor may or may not have had But it's undisputed that he played no role in codes enforcement He played no role in in deciding the actions that the plaintiffs are alleging violated their constitutional rights So to the extent and again, he was not precluded from being called as a witness at trial So there's no there's no way to connect the lack of those depositions With the ultimate jury verdict and one thing we pointed out in our brief The plaintiff appellants initial brief Did not ask this court to reverse that jury verdict. I don't believe it asked this court for a new trial The conclusion it asked the court to reverse These underlying decisions, but there's no way to tie those underlying decisions to the ultimate jury verdict in this case The evidentiary issues we're talking about in discovery One of them was a couple of disciplinary memos that related to not anyone in codes enforcement but a director of Parks and Recreation and and the plaintiffs had those records a year before trial So that really gets to the question of whether one thing that your opponent did ask for was for us to overturn the ruling that True and Sumner were entitled to qualified immunity And so if we were to say that they were not entitled to qualified immunity Then should we allow a second trial of them? If they're because they were properly sued as defendants For the reasons I stated earlier. I think that that would have been Harmless error because the jury verdict would have been the same and that Can you give me a case that would say that we would look at a wrongful Granting of qualified immunity under a harmless Error standard when a partial trial of one of the city goes forward that seems an unusual Situation it it is your honor I know I cannot I cannot cite a case for you and did not cite any case in my Briefing on that particular issue. Did they testify at trial? Yes, they both testified at trial and they were they were the focus of the trial that the issue at trial primarily Was did the city? enter an order finding that a Industrial or commercial building owned by a trust ARD properties Did the city's order that that building was unfit for occupation and use and should be demolished was that taken in? retaliation Against the plaintiff and the evidence that was presented to the jury and the evidence that's in the record is overwhelming I don't think there's any dispute that that building was unfit for occupation I thought that the Plaintiff is claiming that there had never been a order of demolition and That this was a unique Kind of situation as opposed to me, and it was done in retaliation is their theory for the First Amendment speech That that is generally their theory their theory is That this was the first building I believe within the city of Athens that pursuant to the Tennessee statutory scheme at issue the Tennessee slum clearance and redevelopment act that was actually ordered to be Demolished as opposed to an order going down that gave a property owner 90 days or however many days to to remedy or rectify the property that that is one of their theories and under cases like Thaddeus X Wouldn't wouldn't this definitely be a jury question as to whether or not the order of condemnation and Demolition was done in retaliation for the First Amendment speech Yes, yes, and you're saying that was fully litigated in the case against the city yes, it was and from with respect to the the photographs that the plaintiffs alleges were Improperly introduced at trial photographs from a couple of years prior to the ultimate Condemnation were offered into evidence and the reason for that is from plaintiffs initial complaint if you go back and look at the very first document the plaintiffs attached Photographs to the complaint of several other buildings within the city that admittedly were in rough shape so their their theory was and that's my understanding of their theory even if the city had All of the evidence and elements necessary to enter this order at other times It had exercised its discretion and at other times for other buildings the city had said well this building is unfit for occupation But property owner we will allow you a certain period of time to bring this building up to code So why wasn't that done here? That wasn't done here for a couple of reasons one the city sent out a notice in May of 2019 before the hearing that included that exact language the notice said your building is unfit for Occupation and use and they were given a time period they had already been given a period of time to submit a plan To repair the building and it's under higher to that I'm sorry your prior to the time of the notice you just referred to Or it was it in the notice so there was a prior notice that went out in earlier 2019 That gave the property owner a certain period of time to submit a plan to the city that was before Months later the city sent them a complaint That ultimately resulted in the the hearing which we refer to as a condemnation hearing although that might not be the technical term So that condemnation hearing were they given time to bring the building up to code? at the condemnation hearing no one appeared and Following that hearing the inter the order that was entered did not give them time to bring that building up to code And there was this whole controversy about who who should have gotten the notice and so forth yes There's a whole controversy there But it's undisputed that the the owner of the property the trust through its trustee received the notice He chose not to attend the hearing it was Essentially a no no contest hearing and for all of the reasons set out We would ask that this court affirmed the decisions of the district court so when was the building demolished These would be when the trial occurred the building has not been demolished Oh, but the order went down to demolish the building But the city has not taken subsequent action while this case has been pending it could have but chose not to and the 183 photos your opponent told us an oral argument that they involved things like vegetation and didn't actually show the building is that correct some of the photos were of the general area and did not show the building and the reason it was reasonable and permissible to offer those is because that goes to the issue of Whether or not why the city had exercised discretion in other in other cases because this the undisputed evidence was this building was essentially the worst had the most Complaints and all of those photos showed that the city's enforcement Action there is enforcement efforts. I guess not the actual complaint that results in the hearing started well before the protected speech at issue Thank you, thank you Your Honor's opposing counsel just admitted. I'm sorry just to clarify how much time you have my Understanding is four and a half minutes or left. Yes, okay Your honor. I believe opposing counsel just admitted that an issue in the case was this probable cause issue and Conditions around the building which their own former building inspector said were not to be considered It's this is the the 183 photos aren't just irrelevant I mean, excuse me aren't just prejudicial which they are because it got the Stack of photos the jury goes back to the jury room and they're gonna think those are relevant. They've been told that they're relevant It's not just prejudicial the photos never should have been there in the first place according to their own former building inspector and The probable cause instruction was also confusing in this context The jury was told the opposite of what the standard actually is and then told that an exception Had to be shown we actually did show building object to jury instructions. Yes, your honor in a motion Prior to the first trial and in a motion to reconsider after and during trial The We did have evidence photos of other buildings that had been there for years some of them decades in much worse condition And it had complaints about them, but they were still standing and they hadn't been condemned The issue Yes What exactly is mr. Whiting's relationship to the other plaintiff? the other plaintiff is a trust that his family set up and Family I mean, what's his relationship? I'm not he about the overall family I'm just trying to clarify who he is. That was an argument that is to this day still going on in this litigation. He He is Legally, not a beneficiary or a trustee However, he's been acting as he was supposed to be made a trustee The reason he wasn't a trustee is because they the family didn't file some paperwork when a former trustee had died He's he's been taking care of this building his his father-in-law took care of the building for many years up until right before this case His father-in-law was elderly not real Altogether and that's why he didn't show up at the hearing. Mr. Whiting had never been told about the here Normally parties have more than an informal relationship Even if it's a family-based one to the entity that appears to be the real party and interest For us to to say they belong in the lawsuit as a matter of standing. I'm just I'm just curious the The the reason that ARD properties should not have been dismissed on standing grounds is because ARD properties Mr. Whiting not ARD. Mr. Whiting is the one who? Was speaking that he was the one that they were retaliating against they were retaliating again they were condemning this building because everyone in the town knows that his family owns the building the Building inspectors that were going out to that building would would call him and ask him to get his father-in-law to do work on The building he was at the building all the time Mr. Whiting and ARD properties Or property management, your honor's this case is about tainted discovery and a need for a new trial the Opposing camp. Did you ask in your brief in front of us for a new trial? I asked for reversal of the sanctions motions and the discovery motions and the evidentiary issues the if the Court reverses because the the district court placed the burden on the wrong party on sanctions and place and did had clearly Erroneous findings of fact regarding the discovery motions Doesn't that mean that there has to be a new trial if discovery was tainted from the very beginning by witness intimidation? You're basically saying it's implicit in the yes, your honor We asked the court to Recognize the abuse of discretion the placing the burden on the wrong party and Specifically the both trials were completely tainted by Reading an erroneous jury instruction requiring a completely new element that's restricted only to criminal Wrongful arrest and malicious prosecution Thank you, thank you your honor. Thank you both for your argument and the case will be submitted